UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RUTH LARA, *individually and as Guardian of her minor child J.S., on behalf of themselves and those similarly situated*,<br><br>  Plaintiffs,<br><br>v.<br><br>PUFF BAR, *et al.*,<br><br>  Defendants. | Civil Action No.<br><br>20-8030 (SDW) (LDW)<br><br><br>**ORDER** |

    **THIS MATTER** having come before the Court by way of plaintiffs' Motion for Leave to File a Second Amended Complaint and to Extend the Time to Respond to Defendants' Motions to Dismiss (ECF No. 24); and the Court having held a telephone conference with the parties on September 10, 2020; and defendants having advised that they do not object to the filing of a Second Amended Complaint (ECF No. 31);

    **IT IS** on this day, September 21, 2020, **ORDERED** that:

1. Plaintiffs shall file the proposed Second Amended Complaint within seven days of the date of this Order. The Clerk of Court is directed to terminate the Motion to Amend at ECF No. 24.

2. In light of the filing of a Second Amended Complaint, the Clerk of Court is directed to terminate as moot defendants' pending Motions to Dismiss at ECF Nos. 11 and 12.

3. Defendants' shall respond to the Second Amended Complaint on or before **October 6, 2020**.

                                                *s/ Leda Dunn Wettre*
                                                Hon. Leda Dunn Wettre
                                                United States Magistrate Judge