**KRAEMER BURNS, P.A.**
David L. Menzel, Esq.
675 Morris Avenue
Springfield, NJ 07081
Tel #: 973-912-8700 / Fax #: 973-912-8602
dmenzel@kraemerburns.com
Attorneys for Defendants, Cool Clouds Distribution, Inc., Umais Abubaker
and Shahid Shaikh

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RUTH LARA, individually and as Guardian of her minor child J.S., on behalf of themselves and on behalf of those similarly situated, | CASE NO. 2:20-cv-08030-SDW-LDW |
| Plaintiffs, | |
| v. | **CONSENT ORDER EXTENDING TIME TO ANSWER SECOND AMENDED COMPLAINT** |
| PUFF BAR, NICK MINAS, PATRICK BELTRAN, COOL CLOUDS DISTRIBUTION, INC., UMAIS ABUBAKER and SHAHID SHAIKH, | |
| Defendants. | |

THIS MATTER being opened to the Court by Kraemer Burns, P.A., Attorneys for Defendants, Cool Clouds Distribution, Inc., Umais Abubaker and Shahid Shaikh, ("Defendants"), by way of Consent Order extending the time for Defendants, Cool Clouds Distribution, Inc., Umais Abubaker and Shahid Shaikh, to file an Answer to the Second Amended Complaint, and whereas Plaintiff's counsel consents to such an extension of time, and for good cause shown,

IT IS on this  28th  day of October, 2020,

ORDERED, as follows:

1.     The date by which Defendants, Cool Clouds Distribution, Inc., Umais Abubaker and Shahid Shaikh must file Answer to the Second Amended Complaint be and is hereby extended to November 10, 2020.

*Leda Dunn Wettre*
_____
HONORABLE LEDA DUNN WETTRE
United States Magistrate Judge

**We hereby consent to the form and entry of this Consent Order:**

Schlesinger Law Offices PA
1212 Southeast Third Avenue
Ft. Lauderdale, FL 33316
Attorneys for Plaintiff, Ruth Lara


By _____/s/ Jeffrey Louis Haberman_____     DATED:__October 27, 2020_____
      Jeffrey Louis Haberman



KRAEMER BURNS, P.A.
Attorneys for Defendants, Cool Clouds Distribution, Inc.,
Umais Abubaker and Shahid Shaikh


By _____/s/ David L. Menzel_____     DATED:__October 27, 2020_____
      David L. Menzel