**KRAEMER BURNS, P.A.**
David L. Menzel, Esq.
675 Morris Avenue
Springfield, NJ  07081
Tel #: 973-912-8700/Fax #: 973-912-8602
dmenzel@kraemerburns.com
Attorneys for Defendants, Cool Clouds Distribution, Inc., Umais Abubaker and Shahid Shaikh

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RUTH LARA, individually and as Guardian of her minor child J.S., on behalf of themselves and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PUFF BAR, NICK MINAS, PATRICK BELTRAN, COOL CLOUDS DISTRIBUTION, INC., UMAIS ABUBAKER and SHAHID SHAIKH,<br><br>Defendants. | CASE NO. 2:20-cv-08030-SDW-LDW<br><br>**CORPORATE DISCLOSURE STATEMENT OF COOL CLOUDS DISTRIBUTION, INC.** |

Pursuant to Fed. R. Civ. Pro. 7.1, Defendant Cool Clouds Distribution, Inc. states that no publicly held corporation owns 10 percent or more of its stock.

                               Respectfully submitted,

                               KRAEMER BURNS, P.A.
                               675 Morris Avenue
                               Springfield, NJ  07081
                               Attorneys for Defendants, Cool Clouds Distribution, Inc., Umais Abubaker & Shahid Shaikh

                               By: */s/ David L. Menzel*
DATED:  November 20, 2020        DAVID L. MENZEL