THOMPSON HINE LLP
Brian Keahi Steinwascher, Esq.
Eric N. Heyer, Esq (*pro hac vice*)
335 Madison Avenue, 12th Floor
New York, NY 10017
T: (212) 344-5680
F: (212) 344-6101
Brian.Steinwascher@thompsonhine.com
*Attorneys for Defendants Puff Bar, Nick Minas, and Patrick Beltran*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RUTH LARA, Individually and as Guardian of her minor child J.S., on behalf of themselves and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PUFF BAR, NICK MINAS, PATRICK BELTRAN, COOL CLOUDS DISTRIBUTION, INC., UMAIS ABUBAKER, and SHAHID SHAIKH,<br><br>Defendants. | Case No. 2:20-cv-08030-SDW-LDW |

**CONSENT MOTION FOR STIPULATION EXTENDING TIME FOR DEFENDANTS
PUFF BAR, NICK MINAS AND PATRICK BELTRAN TO FILE REPLY**

**WHEREAS,** Defendant Puff Bar, and Defendants Nick Minas and Patrick Beltran (collectively, "Defendants"), through their counsel, served a copy of their respective Motions to Dismiss Plaintiffs' Second Amended Complaint (the "Motions") in the above-referenced action on October 6, 2020;

**WHEREAS,** Plaintiffs' deadline to respond to Defendants' Motions was October 19, 2020;

**WHEREAS,** on October 20, 2020, the Court, on the stipulation of Plaintiffs and Defendants, entered an order extending the time for Plaintiffs to respond to the Motions by two weeks to November 2, 2020, thereby making Defendants' replies to Plaintiffs' responses due on November 9, 2020;

**WHEREAS,** on November 5, 2020, the Court, on the stipulation of Plaintiffs and Defendants, entered an order extending the time for Defendants to respond to the Motions to November 24, 2020, thereby making Defendants' replies to Plaintiffs' responses due on November 24, 2020;

**IT IS HEREBY STIPULATED AND AGREED,** by and between undersigned counsel for Plaintiffs and Defendants as indicated below, that the time in which Defendants are to file their replies to the Motions is hereby extended to November 30, 2020.

**CONSENTED TO AND AGREED:**

Dated: November 23, 2020                SCHLESINGER LAW OFFICES, P.A.

By: /s/ *Jeffrey Louis Haberman*
　　　Jeffrey Louis Haberman, Esq.
　　　1212 SE Third Avenue
　　　Ft. Lauderdale, Florida 33316
　　　(954) 320-9507
　　　jhaberman@schlesingerlaw.com
　　　*Attorneys for Plaintiffs*

Dated: November 23, 2020            THOMPSON HINE LLP

By: /s/ *Brian Keahi Steinwascher*
    Brian Keahi Steinwascher, Esq.
    335 Madison Ave., 12th Floor
    New York, NY 10017
    (212) 344-5680
    Brian.Steinwascher@thompsonhine.com
    *Attorneys for Defendants Puff Bar, Nick Minas, and Patrick Beltran*

**SO ORDERED** this __30th_____ day of November, 2020.

               __*s/Susan D. Wigenton*__
               HON. SUSAN D. WIGENTON, U.S.D.J.