**SCHLESINGER LAW OFFICES, P.A.**
Jeffrey L. Haberman, Esq. (*pro hac vice*)
Scott P. Schlesinger (*pro hac vice* forthcoming)
Jonathan R. Gdanski (*pro hac vice* forthcoming)
1212 SE Third Avenue,
Fort Lauderdale, FL 33316
Telephone: (954) 320-9507
jhaberman@schlesingerlaw.com
*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK DIVISION**

**Case No: 2:20-cv-08030-SDW-LDW**

RUTH LARA, Individually and
as Guardian of her minor child J.S.,
on behalf of themselves and on behalf
of those similarly situated,

    Plaintiffs,

v.

PUFF BAR, NICK MINAS,
PATRICK BELTRAN, COOL CLOUDS
DISTRIBUTION, INC.,
UMAIS ABUBAKER,
and SHAHID SHAIKH,

    Defendants.
_____/

**CONSENT MOTION FOR STIPULATION EXTENDING TIME TO
RESPOND TO COOL CLOUDS DISTRBUTION, INC.'S
MOTION TO DISMISS SECOND AMENDED COMPLAINT**

**WHEREAS**, Cool Clouds Distribution, Inc., Umais Abubaker, and Shahid Shaikh (collectively referred to as "Cool Clouds") served a copy of their Motion to Dismiss Plaintiffs' Second Amended Complaint in the above-referenced action on November 10, 2020;

**WHEREAS**, pursuant to Federal Rule of Civil Procedure 12, Plaintiffs deadline to respond to Cool Clouds' Motion to Dismiss would be November 24, 2020;

**IT IS HEREBY STIPULATED AND AGREED**, by and between undersigned counsel for the Parties, that the time to respond to Cool Clouds' Motion to Dismiss Second Amended Complaint in this action is hereby extended by three weeks to December 15, 2020.

**CONSENTED TO AND AGREED:**

Dated:  November 24, 2020                KRAEMER BURNS, P.A.

By: /s/ *David L. Menzel*_____
    David L. Menzel, Esq.
    675 Morris Avenue
    Springfield, NJ 07081
    *Attorneys for Defendants Cool Clouds*
    *Umais Abubaker, and Shahid Shaikh*

Dated: November 24, 2020                SCHLESINGER LAW OFFICES, P.A.

By: /s/ *Jeffrey Louis Haberman*
    Jeffrey Louis Haberman, Esq.
    1212 SE Third Avenue
    Ft. Lauderdale, Florida 33316
    (954) 320-9507
    jhaberman@schlesingerlaw.com
    *Attorneys for Plaintiffs*

**SO ORDERED** this  30th___ day of November, 2020.

  *s/Susan D. Wigenton*_____
HON. SUSAN D. WIGENTON, U.S.D.J.