<u>NOT FOR PUBLICATION</u>

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RUTH LARA, *individually and on behalf of J.S. and all others similarly situated*,<br><br>    Plaintiff,<br><br>    v.<br><br>COOL CLOUDS DISTRIBUTION, INC., UMAIS ABUBAKER, SHAHID SHAIKH, PUFF BAR, NICK MINAS, and PATRICK BELTRAN,<br><br>    Defendants. | Civil Action No. 20-8030 (SDW) (LDW)<br><br>**ORDER**<br><br>February 16, 2021 |

**WIGENTON,** District Judge.

This matter, having come before this Court on Defendants Puff Bar, Patrick Beltran, Nick Minas, Umais Abubaker, Shahid Shaikh, and Cool Clouds Distribution, Inc.'s Motions to Dismiss Plaintiff Ruth Lara's ("Plaintiff") First Amended Class Action Complaint ("Complaint") pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(b)(2), and this Court having considered the parties' submissions, for the reasons stated in this Court's Opinion dated February 16, 2021,

**IT IS** on this 16th day of February, 2021

**ORDERED** that Puff Bar, Patrick Beltran, and Nick Minas' Motions to Dismiss (D.E. 37; D.E. 38) are **GRANTED** with respect to Plaintiff's Second Cause of Action for a preliminary and permanent injunction; and it is further

**ORDERED** that Plaintiff's Second Cause of Action is **DISMISSED**; and it is further

2

**ORDERED** that Puff Bar, Patrick Beltran, and Nick Minas' Motions to Dismiss (D.E. 37; D.E. 38) are **DENIED** in balance; and it is further

**ORDERED** that Umais Abubaker, Shahid Shaikh, and Cool Clouds Distribution, Inc.'s Motion to Dismiss (D.E. 47) is **GRANTED**; and it is further

**ORDERED** that the Complaint against Umais Abubaker, Shahid Shaikh, and Cool Clouds Distribution, Inc. is **DISMISSED**.

       /s/ Susan D. Wigenton    
**SUSAN D. WIGENTON, U.S.D.J.**

| | |
|---|---|
| Orig: | Clerk |
| cc: | Leda D. Wettre, U.S.M.J. |
| | Parties |