SCHLESINGER LAW OFFICES, P.A.
Jeffrey L. Haberman, Esq.
Scott P. Schlesinger (*pro hac vice*)
Jonathan R. Gdanski (*pro hac vice*)
1212 SE Third Avenue, Fort Lauderdale, FL 33316
Telephone: (954) 320-9507
jhaberman@schlesingerlaw.com
*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY NEWARK DIVISION

Case No: 2:20-cv-08030-SDW-LDW

RUTH LARA, Individually and as
Guardian of her minor child J.S.,
on behalf of themselves and on behalf
of those similarly situated,

Plaintiff,

v.

PUFF BAR, NICK MINAS,
PATRICK BELTRAN, COOL CLOUDS
DISTRIBUTION, INC.,
UMAIS ABUBAKER,
and SHAHID SHAIKH,

Defendants.
_____/

TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD:

**PLEASE TAKE NOTICE**, that Plaintiffs Ruth Lara and J. S. hereby voluntarily dismiss the above-captioned action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) without prejudice.

Dated: April 4, 2022

FOR PLAINTIFFS:

/s/Jeffrey L. Haberman
Jeffrey L. Haberman
Schlesinger Law Offices, P.A.
1212 SE 3rd Avenue
Fort Lauderdale, FL 33316
(954) 320 – 9507
jhaberman@schlesingerlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Voluntary Dismissal was served electronically via CM/ECF system this the April 4, 2022, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/ Jeffrey L. Haberman
Jeffrey L. Haberman

So Ordered on 4/5/2022:

**JULIEN XAVIER NEALS**
United States District Judge